# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 2:13-CR-276-JAD-(VCF) |
| JONATHAN KEITH SIMS, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 11, 2013, defendant JONATHAN KEITH SIMS pled guilty to Count One of a Three-Count Criminal Indictment charging him with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Criminal Indictment, ECF No. 10; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant JONATHAN KEITH SIMS agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 10; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant JONATHAN KEITH SIMS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. a Samsung Galaxy S4 cell phone, serial number RV1D45TK3CR;
2. Four (4) miscellaneous hard drives (1 - Maxtor, 1 - Western Digital, 1 - Maxtor Storage, 1 - External);
3. iPhone, identification number BCGE2380A;
4. Four (4) miscellaneous SD cards;
5. Sony Laptop with charger, serial number 27528730 3002500;
6. Four (4) magazines;
7. Two (2) printed photographs;
8. HP Laptop, serial number 2CE925J6D4;
9. Dell Laptop with charger, serial number 336JM81;
10. 16 GB Sandisk thumb drive;
11. 8 GB iPod, serial number C3TGY3GXDNQW;
12. Seventy-seven (77) miscellaneous CD's/DVD's; and
13. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JONATHAN KEITH SIMS in the aforementioned property is forfeited and is vested in the United

. . .

1  States of America and shall be safely held by the United States of America until further order of the
2  Court.
3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
4  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
5  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
6  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
7  name and contact information for the government attorney to be served with the petition, pursuant to
8  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
9      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
10  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
11  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
12  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
13  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
14  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
15  petition and the relief sought.
16      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
17  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
18      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
19  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
20  following address at the time of filing:

21    Michael A. Humphreys
    Assistant United States Attorney
22    Daniel D. Hollingsworth
    Assistant United States Attorney
23    Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
24    Las Vegas, Nevada 89101.

25  . . .
26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 11th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE