FILED
APR 07 2014
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN KEITH SIMS,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  2:13-CR-276-JAD-(VCF)<br>)<br>)<br>)<br>) |

## FINAL ORDER OF FORFEITURE

On December 11, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant JONATHAN KEITH SIMS to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JONATHAN KEITH SIMS pled guilty. Criminal Indictment, ECF No. 10; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 25.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 14, 2013, through January 12, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 26.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Samsung Galaxy S4 cell phone, serial number RV1D45TK3CR;
2. Four (4) miscellaneous hard drives (1 - Maxtor, 1 - Western Digital, 1 - Maxtor Storage, 1 - External);
3. iPhone, identification number BCGE2380A;
4. Four (4) miscellaneous SD cards;
5. Sony Laptop with charger, serial number 27528730 3002500;
6. Four (4) magazines;
7. Two (2) printed photographs;
8. HP Laptop, serial number 2CE925J6D4;
9. Dell Laptop with charger, serial number 336JM81;
10. 16 GB Sandisk thumb drive;
11. 8 GB iPod, serial number C3TGY3GXDNQW;
12. Seventy-seven (77) miscellaneous CD's/DVD's; and
13. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and

any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 7th day of March, 2014.
April

_____
UNITED STATES DISTRICT JUDGE